# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jacob L. Gerber | **ORDER OF PROBATION**<br>**UNDER 18 U.S.C. § 3607**<br><br>CASE NUMBER:   2:06CR00507-01 |

The defendant having been found guilty of an offense described in 21 U.S.C. 844, and it appearing that the **defendant** (1) has not, prior to the commission of such offense, been convicted of violating a federal or state law relating to controlled substances, and (2) has not previously been the subject of a disposition under this subsection,

**IT IS ORDERED** that the defendant is placed on probation as provided in 18 U.S.C. § 3607 for a period of ___one year___ without a judgment of conviction first being entered. The defendant shall comply with the conditions of probation set forth on the next page of this Order, and the following special conditions:

The defendant:

1) Shall submit to the search of his or her person, property, home, and vehicle by a United States probation officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2) As directed by the probation officer, shall participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if defendant has reverted to the use of drugs or alcohol.

3) As directed by the probation officer, shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

4) As directed by the probation officer, shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

[ ] Appeal rights given.       [X] Appeal rights waived.

_June 21, 2007_
Date

**GREGORY G. HOLLOWS**
Signature of Judge

Gregory G. Hollows, Magistrate Judge
Name and Title of Judge

**FILED**
JUN 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Rev. 03/2007
OPENING FILE DOCS (COURT-ND).MRG

Re:     Jacob Gerber
        Case Number:    2:06CR00507-01
        ORDER OF PROBATION UNDER 18 U.S.C. § 3607

## CONSENT OF THE DEFENDANT

I have read the proposed Order of Probation Under 18 U.S.C. § 3607 and the Conditions of Probation. I understand that if I violate any conditions of probation, the court may enter a judgment of conviction and proceed as provided by law. I consent to the entry of the Order.

My date of birth _____\*\*/\*\*/_____ , and I ☐ am ☐ entitled to an expungement order as provided 18 U.S.C. § 3607(e), if the proceedings are dismissed.

_____ 3/26/07
Signature of Defense Counsel            Date

Erin J. Radekin, Attorney at Law
Printed Name of Defense Counsel

_____ 3/26/07
Signature of Defendant                  Date

1751 Loma Ave, Long Beach, Ca
Address of Defendant   (City/State)

### CONDITIONS OF PROBATION

While the defendant is on probation, the defendant:

1) shall not commit another federal, state or local crime.
2) shall not leave the judicial district without the permission of the court or probation officer;
3) shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) shall support his or her dependents and meet other family responsibilities;
6) shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) shall notify the probation officer at least ten days prior to any change in residence or employment;
8) shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
9) shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
11) shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
12) shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and
15) shall not possess a firearm or destructive device.